**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

**Via Electronic Case Filing System**                October 27, 2021

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Smart Agunbiade*, 21 Cr. 609 (LAP)

Dear Judge Preska:

On October 13, 2021, Mr. Agunbiade appeared in Magistrate Court in the above captioned case and I was appointed as counsel pursuant to the Criminal Justice Act.  By order of the Honorable Magistrate Court Judge Sarah Netburn, Mr. Agunbiade was released on a $100,000 bond, which was required to be co-cosigned by two other financially responsible individuals by October 27, 2021.  We are in the process of identifying and seeking Government approval of co-signers, but that process has not been completed.  We request an additional two weeks for the approval of co-signers, although we will endeavor to complete the process more quickly if possible.  I've consulted with AUSA Kaylan Lasky, who does not oppose the two week extension.

I thank the Court for its consideration of this matter.

Respectfully submitted,

 s/ Arlo Devlin-Brown
 Arlo Devlin-Brown

**SO ORDERED.**

_Loretta A. Preska_ 10/28/2021
LORETTA A. PRESKA, U.S.D.J.