# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

**Via Electronic Case Filing System**    July 22, 2022

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Smart Agunbiade*, 21 Cr. 609 (LAP)

Dear Judge Preska:

I write on behalf of my client, Smart Agunbiade, with consent of the government, to seek the Court's leave to file a pretrial motion specific to Mr. Agunbiade after the August 1, 2022 deadline *if* current plea discussions are unsuccessful.

The Court previously set a deadline of August 1, 2022 for the filing of pre-trial motions. *See* Minute Entry dated June 2, 2022. The only possible motion that counsel is considering based on the discovery to date is a challenge to the seizure of $10,000 in cash from Mr. Agunbiade's residence on the date of his arrest. The parties, however, have recently engaged in plea discussions. A resolution of this case pursuant to a plea agreement would likely obviate the need for the Court to consider issues relating to the seizure of these funds. Accordingly, we respectfully seek permission to file such a motion – should it prove necessary – only after the parties have completed plea discussions. This would also conserve the resources of the government and Court in responding to and adjudicating such a motion only if that proves necessary.

The parties anticipate that plea discussions will be completed this summer. Accordingly, we propose to file any motion challenging the seizure, if plea negotiations fail, on or before September 12, 2022. As noted, the government does not oppose this request.

SO ORDERED.

Dated:    July 22, 2022
          New York, New York

Respectfully submitted,

 *s/ Arlo Devlin-Brown*
Arlo Devlin-Brown

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA
Senior United States District Judge