

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 17, 2023

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Smart Agunbiade,
                  S1 21 Cr. 609 (LAP)

Dear Judge Preska:

      The Government respectfully submits this letter motion to request that the Court accept defendant Smart Agunbiade's guilty plea allocution, made before Magistrate Judge Stewart D. Aaron on February 15, 2023. The transcript of that proceeding and the text of a proposed order are appended hereto. The Government is also submitting a preliminary order of forfeiture that was signed by both parties pursuant to the parties' plea agreement.

                                       Respectfully submitted,

                                       DAMIAN WILLIAMS
                                       United States Attorney for the
                                       Southern District of New York

                                   By:     /s/
                                       Kaylan E. Lasky
                                       Matthew Weinberg
                                       Assistant United States Attorneys
                                       (212) 637-2315 / 2386

cc: Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                                  :

UNITED STATES OF AMERICA
                                                  :

        - v. -                        [PROPOSED] ORDER

                                                  :

SMART AGUNBIADE,
                                                  :          S1 21 Cr. 609(LAP)

        Defendant.
                                                  :
------------------------------------x

        WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Stewart D. Aaron on February 15, 2023;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.


SO ORDERED:

Dated:    New York, New York
           February ___, 2023


                                         _____
                                         THE HONORABLE LORETTA A. PRESKA
                                         UNITED STATES DISTRICT JUDGE
                                         SOUTHERN DISTRICT OF NEW YORK

```
N2F6AGUP                    Plea

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

           v.                          21 CR 609(LAP)(SDA)

SMART AGUNBIADE,

                Defendant.

------------------------------x

                                       New York, N.Y.
                                       February 15, 2023
                                       10:05 a.m.
Before:

               HON. STEWART D. AARON,

                                       Magistrate Judge

                     APPEARANCES

DAMIAN WILLIAMS,
     United States Attorney for the
     Southern District of New York
BY:  MATTHEW WEINBERG
     Assistant United States Attorney

ARLO DEVLIN-BROWN
     Attorney for Defendant

-and-

JEANNE JEONG
     Attorney for Defendant
```

*The plea is accepted.*

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/21/23

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

Case 1:21-cr-00609-LAP   Document 259   Filed 02/21/23   Page 4 of 4
Case 1:21-cr-00609-LAP   Document 257-2   Filed 02/17/23   Page 2 of 18      2
N2F6AGUP                         Plea

1           (Case called)
2           DEPUTY CLERK:  Counsel, please state your appearance
3    for the record.
4           MR. WEINBERG:  Yes, good morning, your Honor.  Matthew
5    Weinberg, appearing for the government.
6           THE COURT:  Good morning.
7           MR. DEVLIN-BROWN:  Good morning, your Honor.  Arlo
8    Devlin-Brown and Jeanne Jeong, appearing for Mr. Agunbiade,
9    who's seated to my right.
10          THE COURT:  Good morning.  I understand we're here
11   this morning for the purposes of the defendant entering a plea.
12          MR. DEVLIN-BROWN:  That's right, your Honor.
13          THE COURT:  Mr. Agunbiade, I'm Magistrate Judge Aaron.
14   I have before me a document entitled Consent to Proceed Before
15   a United States Magistrate Judge on a Felony Plea Allocution.
16   Am I correct that you signed this document?
17          THE DEFENDANT:  Yes, I did.
18          THE COURT:  This form says you know you have the right
19   to have your plea taken by a United States district judge but
20   you're agreeing to have the plea taken by me, a United States
21   magistrate judge.
22          As a magistrate judge, I have the authority to take
23   your plea with your consent, and you will still be entitled to
24   all the rights and protections as if you were before a district
25   judge, among other things, if you're found guilty, you will be