# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Arlo Devlin-Brown**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

**Via Electronic Case Filing System**

May 19, 2023

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Smart Agunbiade*, 21 Cr. 609 (LAP)

Dear Judge Preska:

I write on behalf of my client, Smart Agunbiade, to seek an adjournment of Mr. Agunbiade's sentencing date, which is currently scheduled for June 6, 2023, to a date in the weeks beginning on June 19th or June 26th, subject to the Court's schedule, and excluding June 26th or 27th as I may be unavailable on those days.  We are in the process of preparing Mr. Agunbiade's sentencing submission, and we anticipate needing a short extension in order to collect various letters of support from Mr. Agunbiade's friends and family.  The government has no objection to this request.

```
Mr. Agunbiade's sentencing is
adjourned. The parties shall
appear for sentencing on June 29,
2023, at 11:30 AM in Courtroom 12A.

SO ORDERED.
Loretta A. Preska
5/22/23
```

Respectfully submitted,

/s/ Arlo Devlin-Brown
Arlo Devlin-Brown