UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>-against-<br><br>SMART AGUNBIADE,<br><br>                    Defendant. | No. 21-CR-609 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall strike dkt. no. 362 from the docket and refile the document under seal.

**SO ORDERED.**

Dated:    July 7, 2023
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge