# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

**Via Electronic Case Filing System**

October 26, 2023

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Smart Agunbiade*, 21 Cr. 609 (LAP)

Dear Judge Preska:

On behalf of Mr. Agunbiade, we write to request an unopposed adjournment of Mr. Agunbiade's surrender date, which is currently scheduled for October 30, 2023, to November 27, 2023.

Mr. Agunbiade is currently involved in a dispute with his former landlord that has impacted his ability to settle his affairs prior to serving time. Specifically, we understand that in connection with a claim for back rent, the landlord has locked Mr. Agunbiade out of a garage where his car and many of his personal possessions are stored. Mr. Agunbiade is seeking to sell the car and other possessions to provide funds for his family while he is incarcerated. Mr. Agunbiade has filed an action to release the property and a show-cause hearing in the matter has been scheduled for November 8. We request a surrender date of November 27 to provide additional time to sell property if it is returned to him or, should judicial proceedings (or settlement discussions) occur after that date, so Mr. Agunbiade can seek representation in that matter in the event it is likely to continue through his incarceration.

We have conferred with Pretrial Services and the government. The government has no objection to the proposed adjournment, while Pretrial Services takes no position on the matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Arlo Devlin-Brown*
Arlo Devlin-Brown

```
Mr. Agunbiade's surrender date is hereby
adjourned from October 30, 2023 until November
27, 2023.

SO ORDERED

DATED:   October 27, 2023
```

*Loretta A. Preska*

LORETTA A. PRESKA, U.S.D.J.