UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES,

                    Plaintiff,              No. 21-CR-609 (LAP)

    -against-                                      ORDER

SMART AGUNBIADE,

                    Defendant.
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Agunbiade's letter motion requesting an adjournment of his surrender date.  (See dkt. no. 430.)  The request is GRANTED.  Mr. Agunbiade's surrender date is adjourned until February 23, 2024.  Any further requests for adjournment must be supported by information about the status of Mr. Agunbiade's state court show-cause hearing.


**SO ORDERED.**

Dated:     February 8, 2024
           New York, New York

_____
      LORETTA A. PRESKA
      Senior United States District Judge